# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 31, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161627

ALBERT JOSEPH FRATARCANGELI,
      Plaintiff-Appellant,

v

                                        SC: 161627
                                        COA: 347390

SARAH MYERS, MICHAEL SUMMERS,
JAMES BOWIE, OAKLAND COUNTY,
WILLIAM PERRY, DAVID WEAVER III,
BRANDON HALL, SAMUEL JAMES,
PHILIP DUROCHER, and DANIELLE VEATCH,
           Defendants-Appellees.

                                        Oakland CC: 2018-166053-CZ

_____/

      On order of the Court, the application for leave to appeal the April 9, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 31, 2021



s0324

                                    Clerk